IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 16-cv-00830-GPG
(**The above civil action number must appear on all future papers sent to the court in this action.   Failure to include this number may result in a delay in the consideration of your claims.**)

JONATHAN R. GONZALEZ,

    Applicant,

v.

JOHN HICKENLOOPER,
CYNTHIA N. COFFMAN,
MELISSA ROBERTS,
JAMES ROBINSON,
KARL KRAMER,
JOSEPH BRADY,
DEAN GONZALES,

    Respondents.

## ORDER DIRECTING APPLICANT TO CURE DEFICIENCIES

Applicant currently is detained at the Denver County Jail in Denver, Colorado.   He initiated this action by filing *pro se* an Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241.   Pursuant to review under D.C.COLO.LCivR 8.1(b), the Court has determined that the submitted document is deficient as described in this order.   Applicant will be directed to cure the following if he wishes to pursue his claims.   Any papers that Applicant files in response to this order must include the civil action number on this order.

**28 U.S.C. § 1915 Motion and Affidavit**:

(1)  _X_    is not submitted
(2)  ___    is missing affidavit
(3)  ___    is missing certified copy of prisoner's trust fund statement for the 6-month

|     |     | period immediately preceding this filing |
| --- | --- | --- |
| (4) | ___ | is missing certificate showing current balance in prison account |
| (5) | ___ | is missing required financial information |
| (6) | ___ | is missing authorization to calculate and disburse filing fee payments |
| (7) | ___ | is missing an original signature by the prisoner |
| (8) | ___ | is not on proper form (must use the proper Court-approved form or submit a handwritten § 1915 motion that includes the same language as the form) |
| (9) | ___ | names in caption do not match names in caption of complaint, petition or habeas application |
| (10) | _X_ | other: In the alternative, Applicant may pay the $5 filing fee. |

**Complaint, Petition or Application**:
- (11) ___ is not submitted
- (12) ___ is not on proper form
- (13) ___ is missing an original signature by the prisoner
- (14) ___ is missing page nos. ___
- (15) ___ uses et al. instead of listing all parties in caption
- (16) ___ names in caption do not match names in text
- (17) ___ addresses must be provided for all defendants/respondents in "Section A. Parties" of complaint, petition or habeas application
- (18) _X_ other: Applicant is directed to file an Application that asserts only his claims

Accordingly, it is

ORDERED that Applicant cure the deficiencies designated above **within thirty days from the date of this Order**. Any papers that Applicant files in response to this order must include the civil action number on this order. It is

FURTHER ORDERED that Applicant shall obtain the Court-approved Application for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 and Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 in a Habeas Corpus Action forms (with the assistance of his case manager or the facility's legal assistant), along with the applicable instructions, at www.cod.uscourts.gov. Applicant is directed to use these forms in curing the noted deficiencies. It is

FURTHER ORDERED that, if Applicant fails to cure the designated deficiencies **within thirty days from the date of this Order**, the action may be dismissed without further notice.

DATED April 13, 2016, at Denver, Colorado.

BY THE COURT:

 s/ Gordon P. Gallagher
United States Magistrate Judge
